**David BLATT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52139.**

Missouri Court of Appeals, Western District.

Nov. 5, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 24, 1996.

Application to Transfer Denied Feb. 25, 1997.

Michael A. Gross, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Assistant Attorney General, Jefferson City, for respondent.

Before ULRICH, C.J., Presiding, and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM:

David Blatt appeals the denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing. He had pleaded guilty to one count of sodomy, section 566.060, RSMo 1994. He claims that his guilty plea was not knowingly and voluntarily entered because (1) he was misled about when he would receive parole and (2) counsel coerced him to plead guilty by failing to adequately investigate his case. The judgment of the motion court is affirmed. Rule 84.16(b).